UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRADLEY NORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-04962-JSC<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　Following the Case Management Conference held on January 28, 2016, it is ORDERED that Defendants' motion to dismiss shall be filed by February 18, 2016.  Plaintiff's opposition is due on March 10, 2016, and Defendants' reply is due on March 24, 2016.  A hearing on the motion to dismiss is scheduled for April 14, 2016 at 9:00 a.m. in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California.  The Court will set a further case schedule, if necessary, after resolving the motion to dismiss.

　　**IT IS SO ORDERED.**

Dated: January 29, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge